463 A.2d 42

Commonwealth v. Morgan, Appellant.

Submitted May 4, 1983.   Mark Pinnie, for appellant;   Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

The judgment of sentence of the learned Delaware County Common Pleas Court Judge Robert C. Wright is affirmed.

463 A.2d 42

Commonwealth v. Neubold, Appellant.

Submitted March 23, 1983.   Susan Claire DeYoung, Assistant Public Defender, for appellant;   William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Affirmed.